**STATE of Rhode Island**

v.

**John OUIMETTE, Charles Flynn and Ralph Byrnes.**

**No. 79–412–C.A.**

Supreme Court of Rhode Island.

Sept. 11, 1980.

Dennis J. Roberts II, Atty. Gen., John A. Murphy, Stephen Lichatin III, Sp. Asst. Attys. Gen., for plaintiff.

John F. Cicilline, Providence, William M. Kunstler, New York City, for defendants.

### ORDER

The motions of both the defendants and the State for permission to file briefs in excess of fifty (50) pages are granted.

BEVILACQUA, C. J., and DORIS, J., did not participate.

**STATE of Rhode Island**

v.

**Robert E. ST. LOUIS.**

**No. 79–170–C.A.**

Supreme Court of Rhode Island.

Sept. 11, 1980.

Dennis J. Roberts II, Atty. Gen., for plaintiff.

### ORDER

The Public Defender's motion to withdraw as counsel for the defendant is hereby granted.

BEVILACQUA, C. J., and DORIS, J., did not participate.

**CORNING GLASS WORKS**

v.

**John H. NORBERG.**

**No. 80–383–M.P.**

Supreme Court of Rhode Island.

Sept. 25, 1980.

Hinckley, Allen, Salisbury & Parsons, Hans Peter Olsen, Providence, for petitioner.

Dennis J. Roberts II, Atty. Gen., William G. Brody, Asst. Atty. Gen., Charles Edwin Goldkamp, Weston, Mass., Legal Officer (Taxation), for respondent.

### ORDER

The petition for writ of certiorari is denied.

BEVILACQUA, C. J., and DORIS, J., did not participate.